# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

United States of America

v.

Daniel Arevalo-Hernandez

Case No: 7:09-CR-97-2FL

USM No: 25926-056

Date of Original Judgment:  May 12, 2010

Date of Previous Amended Judgment: _____

*(Use Date of Last Amended Judgment if Any)*

Alan DuBois

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 36 _____ months **is reduced to** 22 months on Count 1.

Count 4 remains 60 months, consecutive for a total sentence of 82 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated May 12, 2010,
shall remain in effect. **IT IS SO ORDERED.**

Order Date:  11/6/2014

_____
*Judge's signature*

Effective Date:  November 1, 2015
*(if different from order date)*

Louise W. Flanagan, U.S. District Judge
*Printed name and title*